ACCEPTED
03-15-00205-CV
5025736
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/24/2015 2:38:50 PM
JEFFREY D. KYLE
CLERK

**DAVID A. ESCAMILLA**
COUNTY ATTORNEY

STEPHEN H. CAPELLE
FIRST ASSISTANT

JAMES W. COLLINS
EXECUTIVE ASSISTANT

314 W. 11TH, STREET
GRANGER BLDG., SUITE 500
AUSTIN, TEXAS 78701

P. O. BOX 1748
AUSTIN, TEXAS 78767

(512) 854-9513
FAX: (512) 854-4808



**LITIGATION DIVISION**

SHERINE E. THOMAS
DIRECTOR

ANTHONY J. NELSON

LESLIE W. DIPPEL

LAURIE R. EISERLOH*

ANDREW M. WILLIAMS

PATRICIA L. KELLY

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/24/2015 2:38:50 PM
JEFFREY D. KYLE
Clerk

*MEMBER OF THE COLLEGE
OF THE STATE BAR
*BOARD CERTIFIED-LABOR & EMPLOYMENT
LAW AND PERSONAL INJURY TRIAL LAW-
TEXAS BOARD OF LEGAL SPECIALIZATION

April 24, 2015

**Electronically Filed**
Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547
(512) 463-1733

> Re:   Court of Appeals Number: 03-15-00205-CV
>        Trial Court Case Number: C-1-CV-13-010603
>
>        Style: Carlos A. Gonzalez v. Brooke Randel

Dear Mr. Kyle:

The Travis County Attorney's Office represents Travis County Court at Law No. 2 Court Reporter Amanda Anderson in connection with the above styled and referenced appeal, as well as with respect to the Motion to Quash and Motion for Protective Order filed in the underlying trial court matter that was the subject of the March 4, 2015 order granting same entered by the Hon. Todd Wong, Travis County Court at Law No. 1. On behalf of Court Reporter Anderson, please be advised we are in receipt of your correspondence dated April 13, 2015 to Mr. Scott Ogle, counsel for Appellant, directing him to provide the Court with authority as to how the Court has jurisdiction to consider this appeal from the above referenced interlocutory order. I am also in receipt of Mr. Ogle's response & amended response. On behalf of Court Reporter Anderson, please be advised that it is our position that the Court does not have jurisdiction to consider this appeal under Tex. Civ. Prac. & Rem. Code Ann. § 51.014, or any other authority.

Thank you for your attention to this matter. All counsel of record have been copied on this correspondence.

                                        Sincerely,
                                        Anthony J. Nelson
                                        /s/ Anthony J. Nelson
                                        Assistant County Attorney

AJN/gh

GONZALES c. RANDEL (Ogle): Letter to Third District Court of Appeals: 328743_1
Page **1** of **2**

cc: Mr. Scott P. Ogle, 2028 W. Ben White Blvd., Austin, Texas 78704-7519
    Mr. Jeff Boone Frey 750 E Mulberry Ave. Ste 550, San Antonio, TX 78212